AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Vito Dragone, Jr. and Lawrence A. Wolf, Jr., Designated Trustees of the Southwestern Pennsylvania and Western Maryland Area Teamsters & Employers Pension Fund )
*Plaintiff* )
v. ) Case No. 2:21-cv-244
BC Concrete of Cumberland, Inc, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Vito Dragone, Jr. and Lawrence A. Wolf, Jr., Designated Trustees .

Date: 4/12/21

/s/Levi K. Logan
*Attorney's signature*

Levi K. Logan
*Printed name and bar number*

Meyer, Unkovic & Scott LLP, 535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
*Address*

lkl@muslaw.com
*E-mail address*

412-456-2800
*Telephone number*

412-456-2864
*FAX number*