AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| Vito Dragone, Jr. and Lawrence A. Wolf, Jr., Designated Trustees of the Southwestern Pennsylvania and Western Maryland Area Teamsters & Employers Pension Fund )<br>*Plaintiff* )<br>v. ) Case No. 2:21-cv-244<br>BC Concrete of Cumberland, Inc., et al. )<br>*Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Vito Dragone, Jr. and Lawrence A. Wolf, Designated Trustees.

Date: 4/20/21

/s/Kate E. McCarthy
*Attorney's signature*

Kate E. McCarthy
*Printed name and bar number*

Meyer, Unkovic & Scott LLP, 535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
*Address*

kem@muslaw.com
*E-mail address*

412-456-2800
*Telephone number*

412-456-2864
*FAX number*